IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO R. MILLAN,<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 23-2600<br>: |
| MAYOR J. WILLIAM REYNOLDS, *et al*,<br>    Defendants | :<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 23rd day of August, 2024, upon review of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Plaintiff's opposition thereto, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendants (ECF No. 17) is **GRANTED;**

2. Plaintiff's Amended Complaint is **DISMISSED** with prejudice; and

3. The Clerk shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

1